| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ROMERO,<br>SALVADOR PADILLA III, aka<br>  Salvador Perez Padilla, and<br>EBERARDO MENDEZ,<br><br>Defendants. | CASE NO. 2:18-CR-0081-TLN<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND CONTINUE THE MOTION / STATUS HEARING TO FEBRUARY 14, 2019<br><br>Date:  January 10, 2019<br>Time:  9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |

Plaintiff United States of America, though its undersigned counsel, and defendants Jose Luis Romero, Salvador Padilla III, and Eberardo Mendez, through their respective counsel of record, stipulate as follows:

1.     This matter is currently set for a hearing on defendant Mendez's motion to disclose the confidential source on January 10, 2019. (ECF No. 54.) Defendants Romero and Padilla had joined an earlier-filed version of that motion. (*See* ECF Nos. 48, 51.)

2.     This case is also scheduled for a status hearing on January 10, 2019, and time under the Speedy Trial Act has been excluded through that date. (ECF No. 38.)

3.     By this stipulation, the parties now seek to set a briefing schedule on the pending motion to disclose the confidential source, and to continue the status hearing to February 14, 2019, and to exclude

STIPULATION                                                           1

time through that date.

4. With respect to defendant Mendez's motion to disclose the confidential source (ECF No. 54), the parties jointly request that the Court set the following briefing schedule:

    a. United States' Opposition – due January 17, 2019

    b. Defendants' Replies – due January 31, 2019

    c. Motion hearing, if necessary – February 14, 2019

5. This matter is currently set for a motion / status hearing on January 10, 2019, and time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, has already been excluded through that date. (ECF No. 38.) The parties jointly request that the January 10, 2019 hearing be continued to February 14, 2019, and that time from the date the parties file this stipulation, up to and including February 14, 2019, be excluded under the Speedy Trial Act, specifically, 18 U.S.C. § 3161(h)(1)(D) [pretrial motions], and General Order 479 [Local Code E], to allow the Court time to rule on the pending motion. In addition, the government anticipates producing approximately 50 pages of additional discovery materials to each defense counsel in the coming week. Counsel will need time to review these new materials, in addition to the discovery already produced, time to discuss these materials with their clients, time to conduct additional investigation, and time to otherwise prepare for trial. For this reason, the parties further agree that time under the Speedy Trial Act should also be excluded from the date the parties file this stipulation, up to and including February 14, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

6. The parties agree that the failure to grant a continuance in this case, for the reasons set forth in paragraph 5, would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the defendants and the public in a speedy trial.

///

///

///

STIPULATION

2

IT IS SO STIPULATED.

Dated: January 8, 2019      */s/ Timothy H. Delgado*
                            TIMOTHY H. DELGADO
                            Assistant United States Attorney
                            Attorney for Plaintiff United States of America

Dated: January 8, 2019      */s/ THD for Kresta N. Daly*
                            KRESTA N. DALY
                            Attorney for Defendant Jose Luis Romero

Dated: January 8, 2019      */s/ THD for Shari G. Rusk*
                            SHARI G. RUSK
                            Attorney for Defendant Salvador Padilla III

Dated: January 8, 2019      */s/ THD for Etan Zaitsu*
                            ETAN ZAITSU
                            Attorney for Defendant Eberardo Mendez

**ORDER**

The Court has read and considered the parties' Stipulation and [Proposed] Order to Set Briefing Schedule and Continue the Motion / Status Hearing to February 14, 2019, filed January 8, 2019. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for the proposed briefing schedule. The Court further finds that the brief extension of time requested by the parties would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The briefing schedule on defendant Mendez's motion for disclosure of the confidential witness is set as follows:

    a. United States' Opposition – due January 17, 2019

    b. Defendants' Replies – due January 31, 2019

    c. Motion hearing, if necessary – February 14, 2019 at 9:30 a.m.

2. The Court further orders that the January 10, 2019 motion / status hearing be continued to February 14, 2019, and that the time from the date the parties filed this stipulation, up to and including February 14, 2019, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) [pretrial motions], and General Order 479 [Local Code E], to allow the Court time to rule on the motion, as well as under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation. The Court also finds that that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated: January 8, 2019

_____
Troy L. Nunley
United States District Judge

STIPULATION 4