McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0081-TLN-1 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AS TO DEFENDANT JOSE LUIS ROMERO |
| v. | |
| JOSE LUIS ROMERO, | Date: May 2, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

This three-defendant[1] case is currently set for a status hearing on May 2, 2019. Plaintiff United States of America, through its undersigned counsel, and defendant Jose Luis Romero, through his counsel of record, stipulate that the status hearing be continued by one week <u>as to defendant Romero,</u>[2] to May 9, 2019, at 9:30 a.m. for a change of plea. A copy of the plea agreement is being filed contemporaneously with this request.

Given that the requested continuance is of seven days' duration, the parties are not requesting that the Court make findings with respect to an exclusion of time under the Speedy Trial Act. *See* 18 U.S.C. § 3161 *et seq.*

/ / /

---

[1] In addition to defendant Mendez, co-defendants Jose Luis Romero and Salvador Padilla III are also charged in the indictment. (Dkt. No. 19.)

[2] The May 2, 2019 status hearing will continue as scheduled as to co-defendant Salvador Padilla. Co-defendant Eberardo Mendez will enter a change of plea on May 9, 2019. (Dkt. No. 70.)

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE RE: DEFENDANT ROMERO

1

Respectfully submitted,

Dated: May 1, 2019
/s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: May 1, 2019
/s/ THD for Kresta N. Daly
KRESTA N. DALY
Barth Daly LLP
*Attorney for Defendant Jose Luis Romero*

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Accordingly, the Court orders that the May 2, 2019 status hearing be continued by one week as to defendant Jose Luis Romero, to May 9, 2019, at 9:30 a.m. for a change of plea. The May 2, 2019 status hearing will continue as scheduled as to co-defendant Salvador Padilla III.

SO ORDERED.

Dated: May 1, 2019

Troy L. Nunley
United States District Judge