| | |
|---|---|
| 1 | Kresta Nora Daly, SBN 199689 |
| | **BARTH DALY LLP** |
| 2 | 2810 Fifth Street |
| | Davis, California 95618 |
| 3 | Telephone: 916.440.8600 |
| | Facsimile: 916.440.9610 |
| 4 | Email: kdaly@barth-daly.com |
| 5 | Attorneys for Defendant |
| | Jose Luis Romero |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-00081-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RESETTING** |
| | ) | **SENTENCING AND DISCLOSURE DATES** |
| v. | ) | |
| | ) | |
| JOSE LUIS ROMERO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Jose Luis Romero, by his counsel of record, requests the current sentencing date in this case be vacated and re-set to October 10, 2019. The US Attorney's office has no objection to the request or the proposed dates. The defense requests the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing: | October 10, 2019 |
| Reply or Statement of Non-Opposition: | October 3, 2019 |
| Formal Objections: | September 26, 2019 |
| Final PSR Filed With the Court: | September 19, 2019 |
| Informal Objections: | September 12, 2019 |
| The Draft PSR Disclosed to Counsel: | August 29, 2019 |

///

///

United States Probation Officer Phil Mizutani has no objection to the above dates.

Respectfully submitted,

Dated: July 15, 2019.    BARTH DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY

Dated: July 15, 2019.

By  /s/ Kresta Nora Daly
    TIMOTHY DELGADO
    Assistant United States Attorney

## ORDER

Good cause appearing, the judgment and sentencing date currently set is hereby vacated and re-set to October 10, 2019. The following disclosure schedule is adopted:

| | |
|---|---|
| Judgment and Sentencing: | October 10, 2019, at 9:30 a.m. |
| Reply or Statement of Non-Opposition: | October 3, 2019 |
| Formal Objections: | September 26, 2019 |
| Final PSR Filed With the Court: | September 19, 2019 |
| Informal Objections: | September 12, 2019 |
| The Draft PSR Disclosed to Counsel: | August 29, 2019 |

IT IS SO ORDERED.

Dated: July 16, 2019

Troy L. Nunley
United States District Judge